**E-filed 7/16/07**

1  SHEILA K. SEXTON, Bar No. 197608
   JASON RABINOWITZ, Bar No. 183822
2  EILEEN M. BISSEN, Bar No. 245821
   BEESON, TAYER & BODINE, APC
3  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
4  Telephone:    510.625.9700
   Facsimile:    510.625.8275
5  ssexton@beesontayer.com

6  
   Attorneys for Plaintiffs
7  RUBEN MENDEZ, *ET AL.*

8  GEORGE J. TICHY, II, Bar No. 041146
   MICHELLE R. BARRETT, Bar No. 197280
9  MOLLY AGARWAL, Bar No. 247545
   LITTLER MENDELSON
10 A Professional Corporation
   650 California Street, 20th Floor
11 San Francisco, CA  94108.2693
   Telephone:    415.433.1940
12 Facsimile:    415.399.8490
   gtichy@littler.com, mbarrett@littler.com,
13 magarwal@littler.com

14 Attorneys for Defendant
   BOTTOMLEY DISTRIBUTING CO., INC.

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17                    SAN JOSE DIVISION

18 | | |
|---|---|
| RUBEN MENDEZ, REYES ACEVEDO, JR., RAYMOND J. BALLI, ROBERT CADENA, FERNANDO CASTRO, FERNANDO DURAN, MICHAEL HAVENS, RUDY OLIVARES, DEREK OVERKAMP, ALBERT PORRAS, RICHARD A. SOUZA, AND OLSEN TALALELE, <br><br> Plaintiffs, <br><br> v. <br><br> BOTTOMLEY DISTRIBUTING CO., INC., <br><br> Defendant. | Case No.  C 07-01086 JF <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE <br><br> Date:            July 13, 2007 <br> Courtroom:   3, 5th Floor <br> Judge:           Hon. Jeremy Fogel <br> Complaint Filed:  December 21, 2006 (State Court) <br> Trial Date:    None Set |

PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND ENE DEADLINE          Case No. C 07-01086 JF

1  On July 13, 2007, Plaintiffs and Defendant jointly requested that the Court extend the July 27, 2007 deadline for participating in Early Neutral Evaluation to October 15, 2007. After having read and considered the pleadings submitted jointly by counsel, and after full consideration of the arguments submitted by the parties:

**IT IS ORDERED** that Plaintiffs' and Defendant Joint Motion to Extend the Early Neutral Evaluation Deadline is GRANTED. **IT IS FURTHER ORDERED** that the deadline by which the parties must complete Early Neutral Evaluation is October 15, 2007.

Dated: __7/16/07__, 2007

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Firmwide:82768450.1 002531.1004

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND ENE DEADLINE        Case No. C 07-01086 JF