# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## AT SAN JOSE

| | |
|---|---|
| RUBEN MENDEZ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BOTTOMLEY DISTRIBUTING CO., INC., a California corporation,<br><br>  Defendant. | Case No. C-07-01086 JF<br><br>**[PROPOSED] ORDER** |

For good cause shown, up to eight of the twelve individual plaintiffs are excused from attending the Early Neutral Evaluation session scheduled for October 12, 2007 before Evaluator Charles E. Farnsworth, *but must be available by phone.* (WDB)

Dated: 10-9-07

*/s/ Wayne D. Brazil*
ADR/Magistrate Judge

[PROPOSED] ORDER
Case No. C-07-01086 JF

70333.doc