SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: ssexton@beesontayer.com

Attorneys for Plaintiffs
Ruben Mendez, et al.

MOLLY AGARWAL, SBN 247545
LITTLER MENDELSON, APC
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: magarwal@littler.com

Attorneys for Defendant
Bottomley Distributing Co., Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN JOSE

| | |
|---|---|
| RUBEN MENDEZ, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>BOTTOMLEY DISTRIBUTING CO., INC., a California corporation,<br><br>                Defendant. | Case No. C-07-01086 JF<br><br>**STIPULATION AND [~~PROPOSE~~D] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: January 25, 2008<br>Hearing Time: 10:30 a.m.<br>Courtroom: 3<br>Judge: Hon. Jeremy Fogel<br>Complaint Filed: December 21, 2006<br>Trial Date: None set |

It is hereby stipulated by the parties that the Case Management Conference presently scheduled for January 25, 2008 at 10:30 a.m. be continued for approximately thirty days to February 22, 2008 at 10:30 a.m. to provide time to complete the signing of a full and final settlement

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC      Stip to reschedule CMC.doc
Firmwide:84134074.1 002531.1004
Case No. C-07-01086 JF

1

agreement by all Plaintiffs and Defendant.

Dated: January 24, 2008                    BEESON, TAYER & BODINE, APC


                                           By:    /s/Sheila K. Sexton
                                                  SHEILA K. SEXTON
                                           Attorneys for Ruben Mendez, et al.

Dated: January 24, 2008                    LITLER MENDELSON, APC


                                           By:    /s/Molly Agarwal
                                                  MOLLY AGARWAL
                                           Attorneys for Bottomley Distributing Co., Inc.

**IT IS SO ORDERED.**

Dated:  1/24/08

                                           _____
                                           The Honorable Jeremy Fogel
                                           Judge of the United States District Court

2

STIPULATION & [PROPOSED] ORDER TO CONTINUE CMC          Stip to reschedule CMC.doc
Firmwide:84134074.1 002531.1004
Case No. C-07-01086 JF