SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612-3208
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: ssexton@beesontayer.com

Attorneys for Plaintiffs
Ruben Mendez, et al.

MOLLY AGARWAL, SBN 247545
LITTLER MENDELSON, APC
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: magarwal@littler.com

Attorneys for Defendant
Bottomley Distributing Co., Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN JOSE

| | |
|---|---|
| RUBEN MENDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOTTOMLEY DISTRIBUTING CO., INC., a California corporation, <br><br> Defendant. | Case No. C-07-01086 JF <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Hearing Date: February 22, 2008 <br> Hearing Time: 10:30 a.m. <br> Courtroom: 3 <br> Judge: Hon. Jeremy Fogel <br> Complaint Filed: December 21, 2006 <br> Trial Date: None set |

It is hereby stipulated by the parties that the Case Management Conference presently

scheduled for February 22, 2008 at 10:30 a.m. be continued for approximately 35 days to March 28,

2008 at 10:30 a.m. to provide time to complete the signing of the settlement agreement by all Defendant Plaintiffs.

Dated: February 20, 2008  BEESON, TAYER & BODINE, APC

By:    /s/ Sheila K. Sexton
    SHEILA K. SEXTON
Attorneys for Ruben Mendez, et al.

Dated: February 20, 2008  LITLER MENDELSON, APC

By:    s/s Molly Agarwal
    MOLLY AGARWAL
Attorneys for Bottomley Distributing Co., Inc.

**IT IS SO ORDERED.**

Dated: 2/22/08

_____
The Honorable Jeremy Fogel
Judge of the United States District Court