**E-Filed 11/3/08**

1  SHEILA K. SEXTON, SBN 197608
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612-3208
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        ssexton@beesontayer.com

5  Attorneys for Plaintiffs
   Ruben Mendez, et al.

6

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **AT SAN JOSE**

11  RUBEN MENDEZ, et al.,                    Case No. C-07-01086 JF
                                             ORDER GRANTING
12                          Plaintiffs,      ~~NOTICE OF~~ REQUEST FOR COURTCALL
                                             TELEPHONIC APPEARANCE
13              v.
                                             Hearing Date:    January 30, 2009
14  BOTTOMLEY DISTRIBUTING CO., INC., a      Hearing Time:    10:30 a.m.
    California corporation,                  Courtroom:       3
15                                           Judge:           Honorable Jeremy Fogel
                            Defendant.
16

17  TO THE COURT CLERK, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

18          PLEASE TAKE NOTICE that Plaintiffs hereby request to appear telephonically via Courtcall

19  for the Case Management Conference scheduled on January 30, 2009 at 10:30 a.m. with the

20  Honorable Jeremy Fogel. I have attached the Courtcall confirmation hereto as Exhibit A.

21

22  Dated: October 31, 2008                  BEESON, TAYER & BODINE, APC

23                                           By: _____/s/Sheila K. Sexton_____
                                                 SHEILA K. SEXTON
24                                           Attorneys for Ruben Mendez, et al.

25

26  Dated: 11/3/08

27                                           _____
                                             JEREMY FOGEL
28                                           United Stated District Judge

---

NOTICE OF REQUEST FOR COURTCALL TELEPHONIC APPEARANCE                          79110.doc
Case No. C-07-01086 JF

# Court Conference, a division of CourtCall
## Confirmation and Invoice (No separate statement will be sent)

---

**Attorney Name:** **Sheila K. Sexton**

**Firm Name:** **Beeson, Tayer & Bodine**

**Attorney Phone: 510-625-9700**      **Attorney Fax: 510-625-8275**

**Appearance Date: Friday, January 30th, 2009**      **Appearance Time: 10:30 AM**

**Judge Name:** **Honorable Judge Fogel**      **Court Conference ID#: 2477339**

**Case Number: 07-1086**      **Proceeding Type: Hearing**

**Case Name: Ruben Mendez, et al. v. Bottomley Distributing Company, Inc.**

**Customer Ref. #:**

Following are the procedures for your telephonic appearance.

1. Please take a moment to review this Confirmation. For any changes that need to be made, or if you have not received a Confirmation for each reservation made, please contact us at 1-866-58-COURT or 1-310-743-1886.

**2. ATTORNEYS/PARTICIPANTS MUST BE READY FOR OUR CALL AT LEAST FIVE TO TEN MINUTES BEFORE THE SCHEDULED HEARING. WE ARE NOT ABLE TO HOLD LONGER THAN 60 SECONDS.**

3. To ensure the quality of the call, no speaker or cellular phones, headsets or public phones may be used. Counsel must be on the handset of the telephone during the appearance.

4. Once you have joined the call, you must not place the call on hold or have anyone else hold the line for you.

5. Unless you have been designated to speak, you will be placed in a "listen only" mode. You will be able to hear the courtroom without being heard.

6. Once your case is called, a coordinator will place you in an "open conference" mode if you are not designated as "listen only".

**7. On every occasion before speaking, you must identify yourself to the Court.**

8. Once your case has been heard and concluded by the Judge, please disengage from the call by hanging up the phone.

9. If you have multiple appearances during one calendar you will be charged the appearance fee for each separate matter except if the Judge hears your cases consecutively, in which case you will be charged one fee for all consecutive appearances, subject to the time increments set out below.

---

YOUR INITIAL CHARGE FOR THIS COURT CONFERENCE APPEARANCE IS $25.00. AND WILL BE SUPPLEMENTED BASED ON THE LENGTH OF THE CALL AS FOLLOWS: 0-45 MINUTES - $25.00, 46-60 MINUTES $31.50, 61-75 MINUTES $38.00, 76 MINUTES AND ABOVE CAPPED AT A TOTAL OF $41.50.**NO SEPARATE STATEMENT WILL BE SENT.** IF YOU HAVE AN ACCOUNT WITH US (OR IF YOU PAID BY CREDIT CARD), YOUR ACCOUNT/CARD WILL BE CHARGED.  OTHERWISE, PLEASE MAIL YOUR CHECK AND A COPY OF THIS CONFIRMATION/INVOICE TO:  COURT CONFERENCE, 6383 ARIZONA CIRCLE, LOS ANGELES, CA  90045.

OUR TAX ID# IS:  95-4568415

Sheila Sexton

EXHIBIT A