**E-Filed 1/26/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RUBEN MENDEZ, et al., | Case Number C 07-1086 JF (RS) |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| BOTTOMLEY DISTRIBUTING CO., INC., | |
| Defendant. | |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: January 26, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 05-4232 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

George Joseph Tichy , II gtichy@littler.com, LChow@littler.com

Michelle R. Barrett mbarrett@littler.com, RYee@littler.com

Molly Agarwal magarwal@littler.com, therrington@littler.com

Ronald D. Arena rarena@arenahoffman.com

Sheila Kathleen Sexton ssexton@beesontayer.com, eaviva@beesontayer.com

2

Case No. C 05-4232 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)