SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone:    (510) 625-9700
Facsimile:     (510) 625-8275
Email:           ssexton@beesontayer.com

**E-Filed 4/29/09**

Attorneys for Plaintiffs
Ruben Mendez, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN JOSE

| | |
|---|---|
| RUBEN MENDEZ, et al.,<br><br>                              Plaintiffs,<br><br>           v.<br><br>BOTTOMLEY DISTRIBUTING CO., INC., a California corporation,<br><br>                              Defendant. | Case No. C-07-01086 JF<br><br>ORDER GRANTING<br>NOTICE TO COURT THAT SETTLEMENT HAS NOT BEEN DELIVERED; REQUEST TO EXTEND PERIOD FOR CONSIDERATION TO BE PAID |

PLAINTIFFS, Ruben Mendez, et. al. hereby notify the Court that the monetary amounts provided for in the parties' settlement agreement have not been paid.  Today is the last day for the Plaintiffs to so notify the Court in order that the case can be returned to trial mode.

The reason that the settlement has not been paid is that the individual settlement amounts are derived from a complicated formula that has required a significant amount of time from each party.  Thus, this is not a case where one party is refusing to comply with the settlement agreement.  Rather, the parties simply require additional time within which to calculate and confirm the accuracy of the settlement award calculations.

Accordingly, Plaintiffs hereby request that the Court provide the parties with an additional sixty days within which to complete the calculations for deriving the settlement amounts and to then

NOTICE THAT SETTLEMENT HAS NOT BEEN DELIVERED; REQUEST TO
EXTEND PERIOD FOR CONSIDERATION TO BE PAID
Case No. C-07-01086 JF

1

110859.doc

1  have those amounts paid to Plaintiffs.  Defendant, Bottomley Distributing Co., Inc. joins in this

2  request for additional time.

3

4  Dated:  April 24, 2009                                                         BEESON, TAYER & BODINE, APC

5

6                                                                                                    By:        /s/Sheila K. Sexton
                                                                                                                   SHEILA K. SEXTON
7                                                                                                    Attorneys for Ruben Mendez, et al.

8

9

10  Dated:  4/29/09                                                                   _____
                                                                                                     JEREMY FOGEL
11                                                                                                 United States District Judge

12

2

NOTICE THAT SETTLEMENT HAS NOT BEEN DELIVERED; REQUEST TO
EXTEND PERIOD FOR CONSIDERATION TO BE PAID
Case No. C-07-01086 JF

110859.doc