1 | SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
2 | 1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
3 | Telephone:   (510) 625-9700
Facsimile:    (510) 625-8275
4 | Email:        ssexton@beesontayer.com

5 | Attorneys for Plaintiffs
Ruben Mendez, et al.

6 |
7 | GEORGE J. TICHY, II, SBN 041146
MICHELLE R. BARRETT, SBN 197280
MOLLY AGARWAL, SBN 247545
8 | LITTLER MENDELSON, PC
650 California Street, 20th Floor
9 | San Francisco, CA  94108
Telephone:   (415) 433-1940
10 | Facsimile:    (415) 399-8490
Email:        gtichy@littler.com; mbarrett@littler.com; magarwal@littler.com

Attorneys for Defendant
Bottomley Distributing Co., Inc.

**E-Filed 6/15/09**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### AT SAN JOSE

| | |
|---|---|
| RUBEN MENDEZ, et al.,<br><br>                                  Plaintiffs,<br><br>         v.<br><br>BOTTOMLEY DISTRIBUTING CO., INC., a California corporation,<br><br>                                  Defendant. | Case No. C-07-01086 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FINALIZE SETTLEMENT** |

1 | It is hereby stipulated by the parties that the deadline to deliver the settlement now set for June 23, 2009, be continued for thirty days to July 23, 2009. .

Dated: June 12, 2009         BEESON, TAYER & BODINE, APC

By:    /s/ Sheila K. Sexton
       SHEILA K. SEXTON
       Attorneys for Ruben Mendez, et al.

Dated:         LITTLER MENDELSON, PC

By:    
       MICHELLE R. BARRETT
       Attorneys for Bottomley Distributing Co., Inc.

**IT IS SO ORDERED.**

Dated:   6/15/09

_____
The Honorable Jeremy Fogel
Judge of the United States District Court

STIPULATION & [PROPOSED] ORDER TO EXTEND SETTLEMENT DEADLINE
Case No. C-07-01086 JF

2

90487406_2.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section X(B), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 12th day of June, 2009, in San Francisco, California.

/s/ *Michelle R. Barrett*

STIPULATION & [PROPOSED] ORDER TO EXTEND SETTLEMENT DEADLINE
Case No. C-07-01086 JF                                            90487406_2.doc